IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MARCUS ALCORN                                                                                      PLAINTIFF

v.                                       No. 2:14-cv-128-DPM

LAWRENCE COUNTY, ARKANSAS, A Public
Body Corporate and Politic; QUORUM
COURT OF LAWRENCE COUNTY,
ARKANSAS, A Public Body Corporate;
DALE FREEMAN, Individually and in His
Official Capacity as County Judge of
Lawrence County, Arkansas, a Public Body
Corporate; JODY DOTSON, Individually and
in His Official Capacity as Sheriff of Lawrence
County, Arkansas, a Public Body Corporate; and
JORDAN KENNEDY, Individually and as
Shift Jail Supervisor of the Lawrence County
Detention Center                                                                                  DEFENDANTS

ORDER

The motion to dismiss party, № 9, is granted. The Quorum Court of Lawrence County is dismissed without prejudice as a defendant. *Ketchum v. City of West Memphis, Arkansas*, 974 F.2d 81, 82 (8th Cir. 1992).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 January 2015