IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MARCUS ALCORN                                                                                     PLAINTIFF

v.                                            No. 2:14-cv-128-DPM

LAWRENCE COUNTY, ARKANSAS,
a Public Body Corporate and Politic;
DALE FREEMAN, Individually and in
His Official Capacity as County Judge
of Lawrence County, Arkansas a Public
Body Corporate; Jody Dotson, Individually
and in His Official Capacity as Sheriff of Lawrence
County, Arkansas; JORDAN KENNEDY, Individually
and as Shift Jail Supervisor of the Lawrence County
Detention Center; JEFF YATES, In His Official
Capacity as Sheriff of Lawrence County, Arkansas               DEFENDANTS

JUDGMENT

1. Alcorn's race-based and inadequate medical treatment claims are dismissed with prejudice. № 51.

2. His official capacity claims against Dale Freeman, Jordan Kennedy, and Jeff Yates are dismissed without prejudice. № 51.

3. His failure-to-protect claims against Lawrence County and Jordan Kennedy, individually, are dismissed with prejudice pursuant to the parties'

settlement.*

*signature*
D.P. Marshall Jr.
United States District Judge

26 January 2016

---

*If the parties' settlement embraces the claims handled on summary judgment, then the parties can seek an amended judgment dismissing all claims with prejudice.

-2-